

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

JAN 24 2022

DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:22-00037 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(n) |
| | ) | 18 U.S.C. § 924 |
| TEVIN TRAVON KELLY | ) | |

# INDICTMENT

THE GRAND JURY CHARGES:

On or about March 18, 2021, in the Middle District of Tennessee, **TEVIN TRAVON KELLY**, knowing he was under indictment for a crime punishable by imprisonment for a term exceeding one year, knowingly received a firearm, to wit: a Ruger model ruger-57, 5.7x28 mm caliber pistol, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(n) and 924.

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of this Indictment, **TEVIN TRAVON KELLY** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c): any firearm or ammunition involved in or used in a knowing violation of the offense, or intended to be used in the offense, including a Ruger model ruger-57, 5.7x28 mm caliber pistol and related 5.7x28 mm ammunition.

A TRUE BILL,

_____
FOREPERSON

MARK H. WILDASIN
UNITED STATES ATTORNEY

*[signature]*

ANDREW NOTARISTEFANO
ASSISTANT UNITED STATES ATTORNEY